**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| DEVIN GEORGE [#DV-5670], | : | No. 14 EAP 2023 |
| | : | |
| Appellant | : | Appeal from the Order entered on |
| | : | February 15, 2023 in the |
| | : | Commonwealth Court at No. 64 MD |
| v. | : | 2023. |
| | : | |
| | : | |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION/PAROLE, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**                                    **DECIDED: March 21, 2024**

AND NOW, this 21st day of March, 2024, the order of the Commonwealth Court is

AFFIRMED.